## EXTENSION/MODIFICATION AGREEMENT



PO Box 19340 ♦ Seattle, WA ♦ 98109-1340

**BORROWER(S):** Conrad Radcliff
**ADDRESS:** 2605 152nd ST SW
**CITY/STATE/ZIP:** Lynnwood, WA 98087

CURRENT EMPLOYER _____
WORK PHONE: _____
EMAIL: alexradcliffe2005@yahoo.com

Effective Date of Change: 10/17/09

Borrower has previously executed a Loan Agreement that evidences the current loan obligation described below ("Current Obligation"). Borrower(s) has requested, and Credit Union has agreed, to modify the Current Obligation as set forth below. Except as expressly changed by this Agreement, the terms of the Current Obligation remain unchanged and in full force and effect. This Agreement is not a satisfaction of the Current Obligation. Consent by Credit Union to this Agreement does not waive Credit Union's right to strict performance of the obligation as changed, or obligate Credit Union to any future modification.

**CURRENT OBLIGATION:** The Current Obligation is described as follows: Account #~~133444~~-151-01

| | | |
|---|---|---|
| Date of Original Obligation: | 8/01/2007 | Current **ANNUAL PERCENTAGE RATE:** 7.24% |
| Original Principal Amount: | $44,579.94 | |
| Current Unpaid Balance: | $34,717.65 | Description of Collateral: |
| Payment Amount: | $313.06 Biweekly 678.29 monthly = 8,139.56/12 (313.06 x26 = 8,139.56. | |
| Next Payment Due: 10/1/09 | | Final (Balloon) Payment Due: $ ____ |

**PERSONAL REFERENCES**

| Relative (not living with you) | Friend |
|---|---|
| Name: | Name: |
| Address: | Address: |
| City/State/Zip: | City/State/Zip: |
| Phone Number: | Phone Number: |

**PAYMENT CHANGE.** The new payment schedule will be:
☒ Minimum payment of **$595.35 each month** starting **10/17/09** and continuing ☒ monthly ☐ bimonthly ☐ quarterly.

☒ Reduced payment of **$595.35 from 10/17/09 – 12/17/2014. A final payment of $546.49 on 1/17/2015.** Your interest rate will be reduced from 7.24% to 3.49%. This amortization schedule is based on a 64 payment term.

On the final payment due date, all outstanding principal and interest must be paid. More interest may accrue as a result of this payment change. If Borrower purchased credit insurance for the original obligation, the insurance coverage will continue under the terms of the original policy unless a new credit insurance authorization is signed. The insurance may cover only the original term of the obligation, and payments after that time may not be covered by credit insurance.

☒ **OTHER** – This is a modification to the terms on the Reaffirmation Agreement. Member may increase the payment at anytime during the modification period.

Each borrower and each grantor of collateral understands and agrees to the terms of this Modification Agreement. Each person signing below acknowledges receipt of a copy of this Modification Agreement and that this Agreement is part and subject to the terms of the previously signed retail installment contract, which is hereby ratified and confirmed.

_Conrad A. Radcliff_ 9/29/09     _[signature]_ 9-29-09
**BORROWER** DATE     **MANAGER, MEMBER SOLUTIONS** DATE

_____     _[signature]_ 9/29/09
**CO-BORROWER** DATE     **OFFICER, GHCU CREDIT UNION** DATE

*Modification Agreement*     9/29/09